**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 08-50386 & 08-50389 |
| Plaintiff - Appellee, | |
| v. | D.C. Nos. 2:04-cr-01227-RSWL |
| | 2:04-cr-01228-RSWL |
| LAWRENCE ERSKINE TAYLOR, | |
| Defendant - Appellant. | MEMORANDUM [*] |

Appeal from the United States District Court
for the Central District of California
Ronald S.W. Lew, District Judge, Presiding

Submitted November 17, 2009 [**]

Before:      ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

In these consolidated appeals, Lawrence Erskine Taylor appeals from the

aggregate 240-month sentence imposed upon a remand for resentencing, following

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EF/Research

his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1), possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), and possession of cocaine base, in violation of 21 U.S.C. § 844(a).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Taylor's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.